IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY FOREST PRODUCTS
COMPANY                                                                                         PLAINTIFF

VS.                                    CASE NO. 14-CV-1055

PENNSYLVANIA LUMBERMEN'S
MUTUAL INSURANCE COMPANY                                                      DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal With Prejudice. (ECF No. 10). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED, this 27th day of April, 2015.

                                                          /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge